PROB. 12B
(7/93)

ORIGINAL

# United States District Court

## for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 05 2006

at 3 o'clock and 15 min P M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  NICOLE NASH          Case Number:  CR 03-00504HG-01

Name of Sentencing Judicial Officer:  The Honorable Helen Gillmor
                                      Chief U.S. District Judge

Date of Original Sentence: 4/1/2004

Original Offense:          Counts 1 & 2: Distribution of Cocaine Base, in violation of
                           21 U.S.C. § 841(a)(1), Class C felonies.

Original Sentence:         Time served, to be followed by a three-year term of
                           supervised release, with the following special conditions:
                           (1) that the defendant participate in a substance abuse
                           program, which may include drug testing at the discretion
                           and direction of the Probation Office; (2) that the defendant
                           provide the Probation Office access to any requested
                           financial information; and (3) that the defendant is prohibited
                           from the possession of and use of alcohol.

Revocation Sentence:       On 6/21/2004, the Court revoked the subject's term of
                           supervised release for violating her conditions of supervised
                           release. The Court sentenced the subject to a 4-month term
                           of imprisonment, to be followed by a 32-month term of
                           supervised release. The following special conditions were
                           ordered: (1) that the defendant is prohibited from
                           possessing any illegal or dangerous weapons; (2) that the
                           defendant participate in a substance abuse program, which
                           may include drug testing at the discretion and direction of
                           the Probation Office; (3) that the defendant serve a
                           minimum of 3 months and up to 6 months of community
                           confinement in a community corrections center such as
                           Miller Hale, following release from imprisonment as arranged
                           by the Probation Office. While serving the term of
                           community confinement, the defendant may obtain
                           employment and/or enroll in an educational program as
                           approved and directed by the Probation Office; (4) that the

Prob 12B
(7/93)

2

|  |  |
|---|---|
|  | defendant provide the Probation Office access to any requested financial information; (5) that the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; and (6) that the defendant is prohibited from the possession and use of alcohol. |
| Revocation Sentence: | On 7/29/2005, the Court revoked the subject's term of supervised release for violating her conditions of supervised release. The Court sentenced the subject to a 9-month term of imprisonment, to be followed by a 23-month term of supervised release. The following special conditions were ordered: (1) that the defendant participate in a substance abuse program, which may include drug testing or placement in an appropriate residential facility, at the discretion and direction of the Probation Office; (2) that the defendant provide the Probation Office access to any requested financial information; (3) that the defendant serve up to 6 months community confinement, in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office; (4) that the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; and (5) that the defendant is prohibited from the possession and use of alcohol. |

Type of Supervision:  Supervised Release        Date Supervision Commenced: 3/3/2006

Prob 12B
(7/93)

3

# PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*Special Condition 3:*   *That the defendant serve up to 9 months community confinement, in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.*

## CAUSE

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On 5/21/2006, the subject consumed alcohol, in violation of Special Condition No. 6. |

On 3/3/2006, the subject commenced her current term of supervised release. On 3/9/2006, this officer reviewed the conditions imposed by the Court with the subject, who acknowledged understanding each and every condition. The subject was also provided a copy of her conditions for her reference.

On 5/21/2006, the subject submitted to a breathalyzer test at Mahoney Hale, the federal community corrections center, after returning to the facility from her workplace at 1:25 a.m. The breathalyzer test was positive for the presence of alcohol. When questioned about the positive test, the subject stated that she had inadvertently picked up the wrong drink while at work. The drink belonged to a coworker who had finished his workshift and was drinking soda mixed with alcohol. The subject claimed that she had been drinking plain soda.

The subject was sanctioned by Mahoney Hale with 14 days of room confinement and additional work assignments. In addition, she agreed to modify her conditions of supervised release to extend her placement in community confinement up to 9 months, as she indicated that such an extension would be beneficial to her adjustment.

The subject continues to participate in an Intensive Outpatient Substance Abuse Treatment Program at her own expense at Freedom Recovery Services. The subject also has been able to maintain gainful employment.

Prob 12B
(7/93)

4

No further action is recommended at this time. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives her right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

*/s/ Martin Romualdez*

J. MARTIN ROMUALDEZ
U.S. Probation Officer

Approved by:

*/s/ Timothy M. Jenkins*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 5/31/2006

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] Other

*/s/ Helen Gillmor*

HELEN GILLMOR
Chief U.S. District Judge

6·3·06
Date

PROB 49
(5/96)

# United States District Court

District of Hawaii

Waiver of Hearing to Modify Conditions
of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

[ X ]   To modify the conditions of supervision as follows:

Special Condition 3    That the defendant serve up to 9 months community confinement, in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

Witness: *J. Martin Romualdez*
J. MARTIN ROMUALDEZ
U.S. Probation Officer

Signed: *Nicole Nash*
NICOLE NASH
Supervised Releasee

5-22-06
Date