AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

802086

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00504HG |

NICOLE NASH

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST NICOLE NASH and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

RECEIVED 2007 FEB 15 AM 9:04 U.S. MARSHALS SERVICE HONOLULU, HI

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

JAN 0 4 2008

in violation of Title United States Code, Section(s) at 3 o'clock and 15 min PM
SUE BEITIA, CLERK

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | February 14, 2007 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at NO BAIL         By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, Hawaii | | |
| Date Received 2/15/07<br>Date of Arrest 1/4/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Arthur Oh/DUSM | SIGNATURE OF ARRESTING OFFICER |