# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00504HG |
| CASE NAME: | United States of America Vs. Nicole Nash |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | Barry Edwards |
| U.S.P.O. : | Timothy M. Jenkins |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | 01/10/2008 | TIME: | 11:04am-ll:10am |

COURT ACTION: Order to Show Cause Why Supervised Release should not be Revoked as to Nicole Nash-

Defendant is present in Custody.

The Defendant Admitted to Violations No. 1, 2, 3, 4 and 5 as stated in the Request for Course of Action filed on 2/14/2007.

The Court Finds that this is a Grade C Violation.

Supervised Release is revoked.

Defendant's Oral Request to continue the Sentencing-is hereby Granted. Sentencing continued to 2/11/2008 @1:30 p.m. before this Court.

Defendant remanded to the Custody of the U.S. Marshal's

Submitted by Leslie L. Sai, Courtroom Manager