# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00504HG |
| CASE NAME: | UNITED STATES OF AMERICA v. NICOLE NASH |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | Barry D. Edwards, Esq. |
| U.S.P.O.: | Timothy M. Jenkins |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | February 19, 2008 | TIME: | 9:15 - 9:35 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

On January 10, 2008, the defendant admitted to Violations No. 1, 2, 3, 4 and 5.

On January 10, 2008, the Court found that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

Supervised Release is revoked.

    ADJUDGED: TIME SERVED.

    SUPERVISED RELEASE: 23 MONTHS, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of

       supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant shall stay at Women's Way until clinically discharged and has completed the program. Should the defendant be unsuccessfully discharged from Women's Way, she is to be returned to Court immediately. As part of this condition of supervision, the defendant is to remain in custody at the Federal Detention Center until released to Women's Way.

7. That the defendant provide the Probation Office access to any requested financial information.

8. That the defendant serve up to 6 months community confinement in a residential reentry center such as Mahoney Hale, following release from Women's Way at the discretion of the U.S. Probation Office. An alternative program to Mahoney Hale may be substituted by the U.S. Probation Office. While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the U.S. Probation Office.

9. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant is prohibited from possessing or consuming any alcoholic beverage or any other intoxicating substance during the term of supervised release.

Advised of rights to appeal the sentence, etc.

       Submitted by: Mary Rose Feria, Courtroom Manager