# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 1 2008

at __10__ o'clock and __55__ min. _A_ _M_
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>NICOLE NASH, )<br><br>Defendant. ) | DOCKET NO. CR 03-00504HG-01<br><br>ORDER MODIFYING THE LENGTH<br>OF THE SUPERVISED RELEASE TERM |

## ORDER MODIFYING THE LENGTH OF THE SUPERVISED RELEASE TERM

On February 19, 2008, the Court held a hearing in the above-captioned case as to sentencing, pursuant to a Request for Course of Action, filed by the United States Probation Office on February 14, 2007. The following individuals were present before the Court: Assistant United States Attorney (AUSA) Loretta A. Sheehan, appearing on behalf of the government; Court-appointed Defense Counsel Barry D. Edwards, appearing on behalf of Defendant Nicole Nash (hereinafter "the defendant"), who was also present pursuant to a Warrant; and Timothy M. Jenkins, Supervising United States Probation Officer (SUSPO). The defendant had previously admitted at a hearing before the Court on January 10, 2008, that she committed all of the violations alleged in the aforementioned Request for Course of Action. The Court found the defendant in violation of her conditions of supervised release and sentenced her to Time Served and a twenty-three (23) month term of supervised release.

1

Pursuant to 18 U.S.C. § 3583(h), the length of the term of supervised release ordered following revocation shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment that was imposed upon revocation of supervised release. Before the Court on February 19, 2008, was a supervised release balance of twenty-three (23) months.  As the defendant was given an imprisonment term of Time Served, approximately forty-seven (47) days, the term of supervised release allowable would be twenty-three (23) months less the forty-seven (47) days imprisonment.

AUSA Sheehan and Mr. Edwards were advised of the discrepancy in the allowable supervised release term by SUSPO Jenkins.  For practical purposes, it was agreed by all parties that the term of supervised release to be served by the defendant be rounded down to twenty-one (21) months.

IT IS HEREBY ORDERED that the length of the defendant's term of supervised release be modified from twenty-three (23) months to twenty-one (21) months.  All conditions of supervised release previously imposed shall remain in effect.

Dated:  March 7, 2008, at Honolulu, Hawaii.

HELEN GILLMOR
Chief United States District Judge